UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-10871-HDV-JC | Date | December 3, 2025 |
|---|---|---|---|
| Title | *Mauricio Alejandro Ovalle Lombana v. Bowen et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) TEMPORARY RESTRAINING ORDER**

Petitioner Mauricio Alejandro Ovalle Lombana filed a Petition for Writ of Habeas Corpus on November 13, 2025.  [Dkt. 1].  Petitioner filed an *Ex Parte* Application for Temporary Restraining Order on November 26, 2025 (the "Application").  [Dkt. 7].  The same day, the Court issued an order enjoining Petitioner's transfer out of the district, ordering the parties to meet and confer regarding a stipulation to set an individualized bond hearing within seven days, and setting a briefing schedule.  [Dkt. 10].  Respondents filed an opposition to the Application on November 28, 2025.  [Dkt. 9].

Having further reviewed the Application and Respondents' Opposition, the Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.  The Court finds that the Application presents many of the same issues as evaluated by this Court in *Helal v. Janecka et al.*, 5:25-cv-02650-HDV-JC (C.D. Cal. Oct. 24, 2025) [Dkt. 12] and *Zaragoza et al. v. Noem et al.*, 5:25-cv-02925-HDV-PVC (C.D. Cal. Nov. 7, 2025) [Dkt. 8], and therefore the Court's analyses in these orders governs here.[1]

---

[1] Other orders in this district granting TROs have found similarly.  *See, e.g.*, *Zaragoza Mosqueda et al. v. Noem et al.*, No. 5:25-cv-02304-CAS-BFM (C.D. Cal. Sept. 8, 2025) [Dkt.11]; *Maldonado Bautista et al. v. Santacruz Jr. et al.*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. July 28, 2025) [Dkt. 14]; *Ceja Gonzalez et al. v. Noem et al.*, 5:25-cv-02054-ODW-ADS (C.D. Cal. Aug. 13, 2025) [Dkt. 12]; *Arrazola-Gonzalez et al. v. Noem et al.*, 5:25-cv-01789-ODW-DFM (C.D. Cal. Aug. 15, 2025) [Dkt. 10]; *Benitez et al. v. Noem et al.*, No. 5:25-cv-02190-RGK-AS (C.D. Cal. Aug. 26, 2025) [Dkt. 11].

      Accordingly, the Court orders that Respondents are ***enjoined*** from: (1) continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) **<u>within seven days of this order</u>**; and (2) transferring, relocating, or removing Petitioner (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending Petitioner's bond hearing or release.

**IT IS SO ORDERED.**